FILED

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19–0682

| | |
|---|---|
| JACK KRAMER and KEN KRAMER, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs / Appellees,* <br><br> *v.* <br><br> FERGUS FARM MUTUAL INSURANCE COMPANY, <br><br><br> *Defendants / Appellants.* | ORDER GRANTING MOTION FOR EXTENSION OF TIME |

The Plaintiffs/Appellees have moved for an extension of time in which to file their answering brief. The motion is **GRANTED**. The brief is due May 15, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 13 2020